# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ARIEL SEAFOODS OF FLORIDA, INC., JENSEN TUNA, LLC, WATER STREET SEAFOOD, INC., and DAVID WALKER<br><br>*Plaintiffs*<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, and HOWARD LUTNICK, in his official capacity as Secretary of Commerce,<br><br>*Defendants* | Civil Action No. 25-cv-3117 |

## DECLARATION OF DAVID WALKER IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, David Walker, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. This declaration is based on my personal knowledge, information, and belief. I am over 18 years of age, and am competent to testify to all facts contained in this declaration.

2. I am a life-long commercial fisherman, with over 40 years of experience on the water.

3. I got my start fishing informally at the age of 12. At 19, I began commercial fishing, working as a crew member on a Gulf reef fish vessel. I began operating my own vessel in 1986, and I still fish the same vessel today. Her name is the June Sue.

1

4. On the June Sue, I have fished the Gulf from Tampa, Forida to Galveston, Texas.

5. I captain the vessel, and I have two crew members. These days my son works as one of the crew, so commercial fishing is a family business.

6. My boat is based in Destin, Florida, and I generally sell my catch to Ariel Seafoods in Destin.

7. The June Sue is equipped with bandit gear, and we principally catch Gulf reef fish. I have an extensive catch history for most of the major reef fish species. We catch a small amount of coastal migratory pelagics and a few other species, but reef fish are our bread and butter.

8. I am a member of the Gulf Coast Professional Fishermen, as well as a former member of the Gulf of Mexico Reef Fish Shareholders' Alliance.

9. I know many of the commercial fishermen that participate in the Gulf Reef Fish fishery. I interact with my colleagues regularly to discuss our fishing activity and fishery management issues in the Gulf.

10. I also participate in the recreational fishery. I have owned a charter fishing vessel for many years, providing reef fish charters based out of Destin. And I enjoy recreational fishing myself as well, as a private angler. I have participated in fishing tournaments, like the Southern Kingfish Tournament.

11. Having experience in all three of these fisheries—commercial, for-hire, and private angling—helps me to bring a broad perspective to fishery management issues in the Gulf.

12. I served as an appointed member of the Gulf of Mexico Fishery Management Council from 2014-2017. I have also served on several Council advisory panels, including the

Red Snapper Advisory Panel, the Reef Fish Advisory Panel, the Ad Hoc 5-Year Red Snapper Review Advisory Panel, and the Ad Hoc Commercial Reef Fish Advisory Panel.

13. I continue to engage with the Gulf Council. I regularly attend Council meetings and I provide input on fishery issues, both through public comment and direct conversations with council members and NMSF staff.

14. I am proud of our commercial fisheries in the Gulf. We have worked hard to prioritize sustainability. We reduce our catch levels, when needed to avoid overfishing and allow stocks to rebuild, and we work hard to minimize bycatch.

15. The commercial sector operates under various monitoring and observation rules, and every pound of our catch is reported and verified. My vessel's activity if tracked at sea with a Vessel Monitoring System (VMS) unit, and I use the VMS to report my status when I go fishing. Overall, my fishing activity is very transparent.

16. Furthermore, the Individual Fishing Quota (IFQ) system for the commercial Gulf reef fish fishery has created powerful individual accountability. This has transformed our fishery. Nowadays it simply is not viable to exceed your individual limits, and because of this, as a sector we stay strictly accountable to the commercial catch limit. Another effect of the IFQ system is that individual commercial fishermen now have a direct interest in maintaining healthy reef fish stocks in both the short term and the long term.

17. The recreational sector, by contrast, has very little accountability. Nobody in particular has an incentive to conserve fish for the future; instead it is common behavior to go out and catch as many as possible. The main goal for the recreational sector is "access" to fishing, and it seems to not matter much whether they are fishing for one stock or another. As a result, recreational lobbyists push for long seasons with high bag limits, effectively burning

through a stock before switching to another. This is an unsustainable approach to fishery management.

18. Greater amberjack has been a very important species for my fishing career. When limits were high enough to allow it, I targeted greater amberjack regularly, bring in upward of 20,000 pounds per trip. During that time I provided most of the amberjack that was sold in markets and eaten in restaurants between New Orleans and Tallahassee. It was a central part of my livelihood for many years; amberjack basically paid my mortgage.

19. Because of my extensive catch history with amberjack, I appreciate and value the species. I know where amberjack live, how to target them cleanly, and how to judge their quality. I also enjoy grilling and eating amberjack myself. Overall, I am proud to sell them to my customers.

20. Right now we are under very low limits for amberjack—seven fish per trip. This means a full amberjack trip is out of the question. Instead, I catch other reef fish species and use the amberjack trip limit to cover the occasional one that comes up incidentally. This provides only a very small amount of revenue.

21. It has been hard on my business with the low amberjack trip limit and high size limit. It would help my business substantially to be able to start targeting amberjack again, and I hope this will be possible after the stock rebuilds.

22. I am concerned about the stock not rebuilding by 2027. If that happens, we would need a new rebuilding plan and potentially even lower limits. Enduring several more years of this past 2027 would make it more difficult to stay economically viable.

23. Despite the hardship, I understand that reduced catches are necessary to rebuild the stock. I am committed to the sustainability of our Gulf fish stocks. Furthermore, my operations are very transparent, and I comply with all governing regulations.

24. From this vantage point, it is extremely frustrating to watch the recreational sector routinely blow through its catch limits on amberjack. Everybody knows it will set us back in terms of rebuilding. Basically the commercial sector is doing its job and constraining its impacts on amberjack, but the recreational sector is not. This makes it much harder to buy in to the shared effort of rebuilding. I still care and will always stay under my trip limits, but it is a tough dynamic and we see it across many different species.

25. When I found out that NMFS was ignoring the large recreational overage from last year's greater amberjack season and allowing the recreational fishery to open this year, it felt like a sucker punch. We had just received our season closure notice—per normal, under the governing regulations—but then NMFS decided to ignore a 400,000+ pound overage from the recreational sector last year, and give them a free extra season.

26. The impact of this will fall on the amberjack stock, first and foremost. NMFS is allowing the recreational sector to get away with more than an entire year's worth of catch—essentially letting them have two seasons last year instead of one. We are working on very tight margins with amberjack under the rebuilding plan, and it is a obvious that giving a double season to the recreational sector last year will set back rebuilding. At this point rebuilding by 2027 is no longer looking likely, and we are probably going to have to have a new rebuilding plan with new restrictions.

27. This is damaging both for economic reasons, as noted above, but also on a more fundamental level. In the commercial fishery we are tied to the fish stocks, so harming a stock

like amberjack ends up harming our lives, our livelihoods, our families, and our futures. And for me individually, amberjack is a particularly important stock given my history catching it. It is crucial to return Gulf amberjack to a healthy state, and NMFS is undermining this by ignoring the recreational overage.

28. Another impact of NMFS's action here is that it undermines trust in the management system on all sides. For us on the commercial side, it confirms that the agency is biased toward the recreational sector and that we do not get fair treatment. For recreational anglers it shows they can hammer the stock and get away with it—basically that the rules on the books do not matter.

29. What NMFS has done here with amberjack is really bad for the management system: the flagrant disregard of regulations on the books completely erodes the agency's credibility and makes it less likely that NMFS and the Council will be able to successfully manage the reef fish fishery going forward.

30. Commercial fishermen rely on strong management. We need management for our fisheries to function—in order to solve the collective action problem and ensure long term sustainability of the resource. Our livelihoods, families, and communities depend on it. Recreational fishermen, by contrast, appear happy to burn through a stock and just move on, so governance failure is less of an issue for them.

31. NMFS's action on greater amberjack is very harmful to both the resource and the management structure, and those harms ultimately land at the feet of commercial fishermen. The agency's action also was clearly illegal. For all these reasons, I chose to participate as a plaintiff in this lawsuit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Executed on September 23, 2025 in Andalusia, Alabama.

                                                        /s/ David Walker
                                                    DAVID WALKER